**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6388**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JOHNNIE LEON,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (CR-01-92)

_____

Submitted:  September 21, 2005        Decided:  October 18, 2005

_____

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnnie Leon, Appellant Pro Se.  John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnnie Leon appeals the district court's final order denying his motion for return of property under Rule 41(g) of the Federal Rules of Criminal Procedure. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. See United States v. Leon, No. CR-01-92 (E.D. Va. Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED